**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02050-WJM-MEH

SHAIITARRIO BROWN and
BRITTANY KING,

      Plaintiffs,

v.

DENVER, COLORADO, a municipality,
DENVER POLICE DEPARTMENT OFFICER JOHN McANDREWS, in his individual and
official capacities,
DENVER POLICE DEPARTMENT OFFICER JIM BRADLEY, in his individual and official
capacities,
DENVER POLICE DEPARTMENT OFFICER FRANK KERBER, in his individual and official
capacities, and
JOHN AND JANE DOES, whose true names are unknown, Denver Police Department officers
and supervisors, in their individual and official capacities,

      Defendants.

---

### JOINT MOTION TO STAY AND HOLD DEADLINES IN ABEYANCE

---

Plaintiffs, Shaiitarrio Brown and Brittany King, jointly with Defendants the City and

County of Denver, John McAndrews, Jim Bradley, and Frank Kerber (collectively the "Denver

Defendants"), through their undersigned counsel, respectfully move this Court to stay and hold all

deadlines in the case in abeyance for 90-days, and in support thereof, these Parties state the

following:

### CERTIFICATE OF CONFERRAL

The above parties have conferred on this motion. This motion is brought jointly and all

relief requested is agreed upon.

## ARGUMENT

1.      Multiple deadlines in this matter are forthcoming, inclusive of the requirement to rule upon the individual Defendants Motions to Dismiss.

2.      Following an early mediation, the parties have continued to attempt to resolve this matter without the need to continue with expensive litigation. A provisional agreement has been reached, however, City Council approval is required. During the interim of City Council evaluating the terms of the provisional agreement, the parties are seeking a stay of deadlines in this matter to avoid incurring additional costs.

3.       "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936). The decision to stay rests firmly within the sound discretion of the trial court. *United Steelworkers of Am. V. Or. Steel Mills, Inc.*, 322 F.3d 1222, 1227 (10th Cir. 2003) (quoting *Landis*, 299 U.S. at 254, 57 S.Ct. 163).

4.      The parties are cognizant of the economy of time and effort of the Court, the litigants and counsel for the parties. Further, no trial date in this matter has been set.

5.      In efforts to continue this economy of time and effort, the parties are requesting the Court to stay the proceeding and hold all deadlines in abeyance for 90-days so that City Council can evaluate and vote on the agreement.

6.      The parties' belief is that such a stay and abeyance will successfully save the economy of time and effort of the Court.

7.       Further, such a stay and abeyance will cause the litigants to successfully save litigation costs and efforts.

WHEREFORE, for the foregoing reasons, the Parties jointly request that this Honorable Court stay the proceedings and hold all deadlines in abeyance for 90-days, or for whatever relief the Court deems just and reasonable.

Dated: November 23, 2022

*s/ Scott Melin*
Scott Melin
Bagley Law Firm, LLC
215 S. Wadsworth Blvd., Ste. 410
Lakewood, CO 80226
Telephone: (720) 378-5121
E-mail: scott.melin@bagleylawfirm.com
*Attorneys for Plaintiffs*

*s/ Hollie Birkholz*
Hollie Birkholz
Jonathan Cooper
Jennifer Collity
Denver City Attorney's Office
Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
*Attorneys for Denver Defendants*

*s/ Tiffany E. Toomey*
Tiffany E. Toomey
Eric M. Ziporin
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
*Attorneys for Defendant Officer John McAndrews*

_s/ Yulia Nikolaevskaya_____
Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek Dr. N., #900
Denver, CO 80209
*Attorneys for Defendant Jim Bradley*

_s/ William T. O'Connell, III_
William T. O'Connell, III
Saugat K. Thapa
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
*Attorneys for Defendant Frank Kerber*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, the foregoing **UNOPPOSED MOTION TO STAY** was served via CM/ECF on the following:

Hollie Birkholz
Jonathan Cooper
Jennifer Collity
Denver City Attorney's Office
Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
*Attorneys for Denver Defendants*

Tiffany E. Toomey
Eric M. Ziporin
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
*Attorneys for Defendant Officer John McAndrews*

Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek Dr. N., #900
Denver, CO 80209
*Attorneys for Defendant Jim Bradley*

William T. O'Connell, III
Saugat K. Thapa
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
*Attorneys for Defendant Frank Kerber*

By: *s/ Vicki Cataldo*
       Vicki Cataldo, Paralegal